B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re  Kenneth C.Weaverling,Jr.Virginia Stanley  ,           Case No.  17-15925

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nationstar Mortgage,LLC dba Mr.Cooper | CitiMortgage, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: Nationstar Mortgage,LLC dba Mr. Cooper
P.O. Box 619096, Dallas, TX, 75261-9741

Court Claim # (if known):  6
Amount of Claim:  $82,996.83
Date Claim Filed:  11/02/2017

Phone:  877-343-5602
Last Four Digits of Acct #:  8801

Phone:  866-613-5636
Last Four Digits of Acct. #:  4875

Name and Address where transferee payments should be sent (if different from above):
Nationstar Mortgage, LLC dba Mr. Cooper
P.O.Box 619094, Dallas, TX 75261-9741

Phone:  877-343-5602
Last Four Digits of Acct #:  8801

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By  /s/ Rebecca A. Solarz, Esquire                    Date: 2/27/18
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.