# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-15925-ELF

KENNETH C WEAVERLING JR
VIRGINIA  STANLEY
651 OLD SCHOOL HOUSE ROAD

LANDENBERG, PA 19350

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KENNETH C WEAVERLING JR
    VIRGINIA  STANLEY
    651 OLD SCHOOL HOUSE ROAD

    LANDENBERG, PA 19350

Counsel for debtor(s), by electronic notice only.

    STANLEY E. LUONGO JR
    LUONGO BELLWOAR LLP
    213-215 WEST MINER ST
    WEST CHESTER, PA 19382

Date: 3/1/2018

                                    /S/ William C. Miller
                                    _____
                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee