United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15925-elf
Kenneth C. Weaverling, Jr.                                                Chapter 13
Virginia Stanley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: Feb 27, 2018
                             Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2018.
14008291        CitiMortgage, Inc,   P.O. Box 688971,   Des Moines, IA 50368-8971

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2018 at the address(es) listed below:
              DANIELLE MARIE KARCICH    on behalf of Creditor   M&T Bank dkarcich@mccarter.com
              DOUGLAS JAMES FERGUSON    on behalf of Creditor   Fulton Bank, NA dferguson@egclawfirm.com
              JEROME B. BLANK    on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               KMcDonald@blankrome.com
              MARIO J. HANYON    on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor   CITI MORTGAGE, INC bkgroup@kmllawgroup.com
              STANLEY E. LUONGO, JR.    on behalf of Joint Debtor Virginia  Stanley
               stan.luongo@luongobellwoar.com,  nicole.werner@luongobellwoar.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor Kenneth C. Weaverling, Jr.
               stan.luongo@luongobellwoar.com,  nicole.werner@luongobellwoar.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 10

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-15925-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Kenneth C. Weaverling, Jr.
651 Old School House Road
Landenberg PA 19350

Virginia Stanley
651 Old School House Road
Landenberg PA 19350

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/26/2018.

Name and Address of Alleged Transferor(s):

Claim No. 6: CitiMortgage, Inc, P.O. Box 688971, Des Moines, IA 50368-8971

Name and Address of Transferee:

Nationstar Mortgage LLC, dba Mr. Cooper
P.O.Box 619094, Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/01/18

Tim McGrath
**CLERK OF THE COURT**