# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Kenneth C. Weaverling, Jr. and    :    No. 17-15925-ELF
          Virginia Stanley                  :
                  Debtors                   :
                                            :    Chapter 13

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**Debtors, Kenneth C. Weaverling, Jr. and Virginia Stanley have filed an objection to the proof of claim you filed in this bankruptcy case.**

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

**If you do not want the court to eliminate or change your claim, you or your laywer must attend the hearing** on the objection, scheduled to be held before the Honorable Eric L. Frank on April 24, 2018 at 1:00 p.m., in Courtroom 1, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4298. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

**If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Attorney for Objector/Debtors

*/s/ Stanley E. Luongo, Jr., Esquire*
Stanley E. Luongo, Jr., Esquire
LUONGO BELLWOAR LLP
213-215 West Miner Street
West Chester, PA 19382
Phone:    (610) 430-6600
Facsimile: (610) 344-7585

Date: March 16, 2018