### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Kenneth C. Weaverling Jr.
Virginia Stanley
Bankruptcy No. 17-15925ELF
Adversary No.
Chapter          13

Date:   March 19, 2018

To:          Stanley Luongo, Esq.

### NOTICE OF INACCURATE FILING

Re:  Objection to Claim, Certificate of Service (docket #43)

The above pleading was filed in this office on **3/16/18.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

| | |
|---|---|
| **(x)** | Debtor's name does not match case number listed **on Objection** |
| () | Debtor's name and/or case number (is) are missing |
| **(x)** | Wrong PDF document attached to **Certificate of Service** |
| () | PDF document  not legible |
| () | Notice of Motion/Objection |
| () | Electronic Signature missing |
| () | Other |

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  **Randi Janoff**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04