# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Kenneth C. Weaverling, Jr. and   :  No. 17-15925-ELF
             Virginia Stanley                           :
                     Debtors                              :
                                                  :  Chapter 13

## **CERTIFICATION OF SERVICE**

       IT IS HEREBY CERTIFIED, that on March 16, 2018 a true and correct copy of Debtors' Objection to Proofs of Claim Nos. 19 and 20 of Fulton Bank, N.A. was served upon the party(ies) listed below in the above captioned matter in the manner listed below:

| | |
|---|---|
| Mr. and Mrs. Kenneth C. Weaverling, Jr.<br>651 Old School House Road<br>Landenberg, PA  19350 | First Class Mail |
| William C. Miller, Esquire<br>Chapter 13 Standing Trustee<br>P.O. Box 40119<br>Philadelphia, PA 19106-0119 | Electronic Mail |
| Office of the United States Trustee<br>833 Chestnut Street, Ste. 501<br>Philadelphia, PA 19107 | Electronic Mail |
| Fulton Bank, N.A.<br>c/o Daniel Ferguson, Esquire<br>Eisenberg, Gold & Agrawal, P.C.<br>1040 N. Kings Highway, Sutie 200<br>Cherry Hill, NJ 08034<br>(Authorized Agent to Accept Service) | First Class Mail and Electronic Mail |
| Angela Snyder, CEO<br>Fulton Bank, N.A.<br>533 Fellowship Road, Suite 250<br>Mt. Laurel, NJ 08054 | First Class Mail |

Respectfully Submitted,

**LUONGO BELLWOAR LLP**

BY: */s/ Stanley E. Luongo, Jr.*
    STANLEY E. LUONGO, JR., ESQUIRE
    Attorney for Debtors, Kenneth C. Weaverling,
    Jr. and Virginia Stanley