**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Virginia Stanley<br>            Kenneth C. Weaverling Jr.<br>                                Debtor(s) | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC D/B/A MR.<br>COOPER<br>                                Movant<br>            vs. | NO. 17-15925 ELF |
| Virginia Stanley<br>Kenneth C. Weaverling Jr.<br>                                Debtor(s) | 11 U.S.C. Sections 362 |
| William C. Miller Esq.<br>                                Trustee | |

## ORDER

        AND NOW, this  4th   day of    April     , 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

        **ORDERED** THAT: the Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under 11 U.S.C. Section 362, is modified with respect to the subject premises located at 651 Old School House Road, Landenberg, PA 19350 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____

        **ERIC L. FRANK**
        **U.S. BANKRUPTCY JUDGE**