United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kenneth C. Weaverling, Jr.  
Virginia Stanley  
      Debtors

Case No. 17-15925-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Apr 04, 2018  
                             Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2018.  
db/jdb       +Kenneth C. Weaverling, Jr.,    Virginia Stanley,    651 Old School House Road,    Landenberg, PA 19350-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2018 at the address(es) listed below:

        DANIELLE MARIE KARCICH    on behalf of Creditor    M&T Bank dkarcich@mccarter.com  
        DOUGLAS JAMES FERGUSON    on behalf of Creditor    Fulton Bank, NA dferguson@egclawfirm.com  
        JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
         bkgroup@kmllawgroup.com  
        MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    CITI MORTGAGE, INC bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
         bkgroup@kmllawgroup.com  
        STANLEY E. LUONGO, JR.    on behalf of Debtor Kenneth C. Weaverling, Jr.  
         stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com  
        STANLEY E. LUONGO, JR.    on behalf of Joint Debtor Virginia  Stanley  
         stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                          TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Virginia Stanley<br>         Kenneth C. Weaverling Jr.<br>                              Debtor(s) | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>                              Movant<br>          vs. | NO. 17-15925 ELF |
| Virginia Stanley<br>Kenneth C. Weaverling Jr.<br>                              Debtor(s) | 11 U.S.C. Sections 362 |
| William C. Miller Esq.<br>                              Trustee | |

**ORDER**

AND NOW, this 4th day of April, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under 11 U.S.C. Section 362, is modified with respect to the subject premises located at 651 Old School House Road, Landenberg, PA 19350 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**