**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: **Kenneth C. Weaverling, Jr.** and  **Virginia Stanley** | : | Chapter 13 |
| | : | |
| | : | |
| Debtors | : | Bankruptcy No. **17-15925-ELF** |

### PRAECIPE TO WITHDRAW DEBTORS' ANSWER TO WELLS FARGO BANK, N.A.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw Debtors' Answer to Motion of Wells Fargo Bank, N.A. for Relief from the Automatic Stay filed on February 21, 2018, at Docket Entry 32.

Respectfully Submitted,

**LUONGO BELLWOAR LLP**


BY: */s/ Stanley E. Luongo, Jr.*
STANLEY E. LUONGO, JR., ESQUIRE

Dated: April 19, 2018