UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

Eisenberg, Gold & Agrawal, P.C.
Douglas J. Ferguson, Esquire
1040 Kings Highway North, Suite 200
Cherry Hill, NJ 08034
(856) 330-6200 x100
File No.: FB-1453-F
Attorney for Creditor Fulton Bank, NA

In Re:

Kenneth C. Weaverling, Jr. and Virginia Stanley

Case No.: 17-15925-elf

Chapter: 13

Judge: Eric L. Frank

**WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN BY CREDITOR FULTON BANK NA**

The undersigned, Eisenberg, Gold & Agrawal, P.C., attorneys for creditor Fulton Bank, N.A., hereby WITHDRAWS its Objection to Confirmation of Plan, which was filed with the Court on November 6, 2017 under Document No. 23.

/s/ Douglas J. Ferguson, Esq.
Douglas J. Ferguson, Esq.
Eisenberg, Gold & Agrawal, P.C.
1040 N. Kings Highway, Suite 200
Cherry Hill, New Jersey 08034
(t): 856-330-6200 x.103
(f): 856-330-6207
dferguson@egalawfirm.com