United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kenneth C. Weaverling, Jr.
Virginia Stanley
    Debtors

Case No. 17-15925-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: Randi　　　Page 1 of 1　　　Date Rcvd: May 29, 2018
　　　　　　　　　　　　　Form ID: 155　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2018.
db/jdb　　　+Kenneth C. Weaverling, Jr.,　　Virginia Stanley,　　651 Old School House Road,
　　　　　　　Landenberg, PA 19350-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2018 at the address(es) listed below:
        DANIELLE MARIE KARCICH   on behalf of Creditor   M&T Bank dkarcich@mccarter.com
        DOUGLAS JAMES FERGUSON   on behalf of Creditor   Fulton Bank, NA dferguson@egclawfirm.com
        JEROME B. BLANK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
        JODI L. HAUSE   on behalf of Creditor   Wells Fargo Bank, N.A. jodi.hause@phelanhallinan.com,
        paeb@fedphe.com
        KEVIN G. MCDONALD   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
        bkgroup@kmllawgroup.com
        MARIO J. HANYON   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
        REBECCA ANN SOLARZ   on behalf of Creditor   CITI MORTGAGE, INC bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
        bkgroup@kmllawgroup.com
        STANLEY E. LUONGO, JR.   on behalf of Debtor Kenneth C. Weaverling, Jr.
        stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com
        STANLEY E. LUONGO, JR.   on behalf of Joint Debtor Virginia  Stanley
        stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
        philaecf@gmail.com
                                                             TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kenneth C. Weaverling, Jr. and
Virginia Stanley
       Debtor(s)                                               Chapter: 13
                                                                                     Bankruptcy No: 17−15925−elf
_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

     AND NOW, this May 25, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                       Eric L. Frank
                                                       Judge ,
                                                       United States Bankruptcy Court

                                                                                  77
                                                                               Form 155