Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br><br>       KENNETH C. WEAVERLING, JR.<br><br>       VIRGINIA STANLEY<br>                DEBTORS | CHAPTER 13<br><br>CASE NUMBER: 17-15925-ELF |

## ORDER

AND NOW, this ___26th___ day of ___September___ , 2018, upon the motion of M&T Bank (hereafter "Movant"), and upon the failure of Debtor to file an Answer or otherwise plead, it is **ORDERED** that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all *in rem* rights Movant has under state and federal law concerning the Property (the "Property"):  651 OLD SCHOOL HOUSE ROAD, LANDENBERG, PA 19350.

It is further **ORDERED** that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**