IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: | : |
| VIRGINIA STANLEY | : |
| | : Case No. 17-15925-elf |
| KENNETH C. WEAVERLING, JR. | : Chapter 13 |
| | : |
| Debtor(s). | : |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 28th, 2018, copies of the foregoing Order Granting Motion for Relief from Automatic Stay were served upon the parties listed below via first class mail, postage prepaid.

Virginia Stanley
651 Old School House Road
Landenberg, PA 19350

Miller, Esq., William C.
P.O. Box 1229
Philadelphia, PA 19105

Kenneth C. Weaverling, Jr.
651 Old School House Road
Landenberg, PA 19350

*Chapter 13 Trustee*

*Debtors*

Luongo, Jr., Stanley E.
213-215 West Miner Street
West Chester, PA 19382

*Attorney for Debtor*

Dated this 28th day of September, 2018.

Respectfully submitted,

_____/s/  Christopher M. McMonagle_____
Christopher M. McMonagle

PA-501.000366-16