United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-15925-elf
Kenneth C. Weaverling, Jr.                                          Chapter 13
Virginia Stanley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Sep 26, 2018
                              Form ID: pdf900         Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
db/jdb         +Kenneth C. Weaverling, Jr.,    Virginia Stanley,    651 Old School House Road,
                 Landenberg, PA 19350-1524
13986574       +M&T BANK,    P.O. BOX 1508,    BUFFALO, NY 14240-1508
14004097       +M&T Bank,    c/o Danielle M. Karcich, Esq.,    McCarter & English LLP,
                 1600 Market St., Ste. 3900,    Phila., PA 19103-7242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 27 2018 02:30:14     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 27 2018 02:29:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 27 2018 02:30:10     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/Text: bankruptcy@fult.com Sep 27 2018 02:30:30     Fulton Bank, NA,   One Penn Square,
                 Lancaster, PA 17602-2853
cr              E-mail/Text: camanagement@mtb.com Sep 27 2018 02:29:46     M&T Bank,   1100 Wehrle Drive,
                 Williamsville, NY  14221
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 02:37:03     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13977122        E-mail/Text: camanagement@mtb.com Sep 27 2018 02:29:46     M&T Bank,
                 Lending Services, Customer Support,    P.O. Box 900,   Millsboro, DE 19966-0900
13983948        E-mail/Text: camanagement@mtb.com Sep 27 2018 02:29:46     M&T Bank,
                 Lending Srvs., Customer Support,    PO Box 900,   Millsboro, DE 19966-0900
13977121        E-mail/Text: camanagement@mtb.com Sep 27 2018 02:29:46     M & T Bank,   One Fountain Plaza,
                 Buffalo, NY 14203
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13983947*     ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,   AMHERST NY 14228-2307
                (address filed with court:   M&T Bank,    One Fountain Plaza,   Buffalo, NY 14203)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              DANIELLE MARIE KARCICH    on behalf of Creditor    M&T Bank dkarcich@mccarter.com
              DOUGLAS JAMES FERGUSON    on behalf of Creditor    Fulton Bank, NA dferguson@egclawfirm.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JODI L. HAUSE    on behalf of Creditor    Wells Fargo Bank, N.A. jodi.hause@phelanhallinan.com,
               paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    CITI MORTGAGE, INC bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: John              Page 2 of 2                  Date Rcvd: Sep 26, 2018
                              Form ID: pdf900         Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          bkgroup@kmllawgroup.com
         STANLEY E. LUONGO, JR.    on behalf of Debtor Kenneth C. Weaverling, Jr.
          stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com
         STANLEY E. LUONGO, JR.    on behalf of Joint Debtor Virginia  Stanley
          stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                           TOTAL: 14

Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br><br>      KENNETH C. WEAVERLING, JR.<br><br>      VIRGINIA STANLEY<br>              DEBTORS | CHAPTER 13<br><br>CASE NUMBER: 17-15925-ELF |

## ORDER

AND NOW, this __26th__ day of __September__, 2018, upon the motion of M&T Bank (hereafter "Movant"), and upon the failure of Debtor to file an Answer or otherwise plead, it is **ORDERED** that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all *in rem* rights Movant has under state and federal law concerning the Property (the "Property"):  651 OLD SCHOOL HOUSE ROAD, LANDENBERG, PA 19350.

It is further **ORDERED** that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**