Virginia Stanley
Kenneth Weaverling
5909 Telegraph Road
Elkton, MD 21921
610-299-6465
302-332-1528

U.S. Bankruptcy Court
Eastern District of Pennsylvania
~~William C. Miller, Esquire~~
Ch. 13 ~~Trustee~~
PO BOX 1229
Philadelphia, PA 19105

Case Name: Kenneth C. Weaverling, Jr. and Virginia Stanley
Case Number: 17-15925-ELF

Address Change Notice

Previous Address: 651 Old School House Road, Landenberg, PA 19350

Current Address: 5909 Telegraph Road, Elkton, MD 21921

*Kenneth C. Weaverling, JR*      *Virginia Stanley*

AUG 28 2020