United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kenneth C. Weaverling, Jr.  
Virginia Stanley  
    Debtors

Case No. 17-15925-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Dec 16, 2022      Form ID: 138OBJ      Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth C. Weaverling, Jr., Virginia Stanley, 5909 Telegraph Road, Elkton, MD 21921-2954 |
| 13983949 | | Bank of America, PO Box 15019, Wilm., DE 19886 |
| 13977105 | | Barclay - American Airlines, AAdvantage, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 13977107 | + | Bay Hematology, 8221 Teal Drive, Suite 301, Easton, MD 21601-7215 |
| 13977108 | | Blackwell Recovery, 4105 North Drinkwater Blvd., Suite 200, Scottsdale, AZ 85251 |
| 13977111 | + | Citadel Federal Credit Union, P.O. Box 650, Exton, PA 19341-0650 |
| 13977112 | + | CitiMortgage, Inc., P.O. Box 78015, Phoenix, AZ 85062-8015 |
| 13977115 | + | DSM Commercial Real Estate Services, 910 South Chapel Street, Suite 100, Newark, DE 19713-3468 |
| 13983639 | | Dr. Thomas P. Dougherty, 5317 Limestone Road, Wilmington DE 19808-1252 |
| 13990365 | + | Fulton Bank NA, c/o Eisenberg, Gold & Agrawal PC, Douglas J. Ferguson, Esq., 1040 Kings Hwy. N., Ste. 200, Cherry Hill, NJ 08034-1925 |
| 14041096 | + | Fulton Bank, NA, Eisenberg, Gold & Agrawal, P.C., 1040 N. Kings Highway, Ste 200, Cherry Hill, NJ 08034-1925 |
| 13977117 | + | Gills Neck, 105 Foulk Road, Suite 200, Wilmington, DE 19803-3740 |
| 14004097 | + | M&T Bank, c/o Danielle M. Karcich, Esq., McCarter & English LLP, 1600 Market St., Ste. 3900, Phila., PA 19103-7242 |
| 14019015 | + | Nationstar Mortgage LLC dba Mr. Cooper, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Phila., PA 19106-1541 |
| 14062253 | | Nationstar Mortgage LLC, dba Mr. Cooper, P.O.Box 619094, Dallas, TX 75261-9741 |
| 13977123 | + | Newark Emergency, 324 E. main Street, Newark, DE 19711-7169 |
| 13977124 | + | Papastravos, 28308 Network Place, Chicago, IL 60673-1283 |
| 13977125 | + | Phelan Construction, 589 chickering Road, North Andover, MA 01845-2835 |
| 13977126 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 13977127 | + | Wells Fargo, P.O. Box 14547, Des Moines, IA 50306-3547 |
| 13987993 | | Wells Fargo Bank NA, c/o Mario J. Hanyon, Esq., Phelan Hallinan Diamond & Jones LLP, 1617 JFK Blvd., Ste. 1400, One Penn Ctr. Plaza Phila., PA 19103 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Dec 17 2022 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 17 2022 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14034772 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2022 00:11:19 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13977104 | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 17 2022 00:11:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 14019830 | + Email/Text: mortgagebkcorrespondence@bofa.com | Dec 17 2022 00:11:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |

Case 17-15925-elf   Doc 98   Filed 12/18/22   Entered 12/19/22 00:30:29   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 16, 2022 | Form ID: 138OBJ | Total Noticed: 53 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 13977106 | | Email/Text: BarclaysBankDelaware@tsico.com Dec 17 2022 00:11:00 | | Barclay - LL Bean, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 13977110 | | Email/Text: Jferrante@christianacare.org Dec 17 2022 00:11:00 | | Christiana Care, P.O. Box 568, Malvern, PA 19355 |
| 14014015 | | Email/PDF: bncnotices@becket-lee.com Dec 17 2022 00:22:44 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14011614 | + | Email/Text: bankruptcycollections@citadelbanking.com Dec 17 2022 00:12:00 | | Citadel Federal Credit Union, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14008835 | | Email/PDF: Citi.BNC.Correspondence@citi.com Dec 17 2022 00:11:19 | | CitiMortgage Inc., PO Box 6030, Sioux Falls, SD 57117-6030 |
| 14008291 | | Email/PDF: Citi.BNC.Correspondence@citi.com Dec 17 2022 00:11:09 | | CitiMortgage, Inc, P.O. Box 688971, Des Moines, IA 50368-8971 |
| 13977113 | | Email/PDF: DellBKNotifications@resurgent.com Dec 17 2022 00:11:06 | | Dell Preferred Account, P.O. Box 6403, Carol Stream, IL 60197-6403 |
| 13977114 | + | Email/Text: bankruptcy@pepcoholdings.com Dec 17 2022 00:11:00 | | Delmarva Power, P.O. Box 13609, Philadelphia, PA 19101-3609 |
| 13988350 | + | Email/Text: bankruptcy@pepcoholdings.com Dec 17 2022 00:11:00 | | Delmarva Power & Light Co., Bky. Div., 5 Collins Dr., Ste. 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 13983640 | | Email/Text: G06041@att.com Dec 17 2022 00:11:00 | | Direct TV, P.O. Box 5007, Carol Stream IL 60197-5007 |
| 13977116 | + | Email/Text: bankruptcy@fult.com Dec 17 2022 00:12:00 | | Fulton Bank, P.O. Box 69, East Petersburg, PA 17520-0069 |
| 13977118 | | Email/PDF: Citi.BNC.Correspondence@citi.com Dec 17 2022 00:11:09 | | Home Depot, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 13977109 | | Email/PDF: ais.chase.ebn@aisinfo.com Dec 17 2022 00:11:15 | | Chase, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 13977119 | | Email/Text: govtaudits@labcorp.com Dec 17 2022 00:11:00 | | LabCorp, P.O. Box 2240, Burlington, NC 27216 |
| 13977120 | + | Email/PDF: gecsedi@recoverycorp.com Dec 17 2022 00:11:24 | | Lowe's, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 13977121 | | Email/Text: camanagement@mtb.com Dec 17 2022 00:11:00 | | M & T Bank, One Fountain Plaza, Buffalo, NY 14203 |
| 13977122 | | Email/Text: camanagement@mtb.com Dec 17 2022 00:11:00 | | M&T Bank, Lending Services, Customer Support, P.O. Box 900, Millsboro, DE 19966-0900 |
| 13983948 | | Email/Text: camanagement@mtb.com Dec 17 2022 00:11:00 | | M&T Bank, Lending Srvs., Customer Support, PO Box 900, Millsboro, DE 19966-0900 |
| 13986574 | + | Email/Text: camanagement@mtb.com Dec 17 2022 00:11:00 | | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 14007887 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2022 00:11:25 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13978042 | + | Email/PDF: rmscedi@recoverycorp.com Dec 17 2022 00:11:07 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14038244 | | Email/Text: bnc-quantum@quantum3group.com Dec 17 2022 00:11:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14280641 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Dec 17 2022 00:11:00 | | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14013064 | | Email/PDF: ebn_ais@aisinfo.com Dec 17 2022 00:11:15 | | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13983641 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 17 2022 00:11:00 | | Verizon, P.O. Box 15124, Albany NY 12212-5124 |

| 14016220 | + Email/PDF: ebn_ais@aisinfo.com | | |
|---|---|---|---|
| | | Dec 17 2022 00:11:15 | Verizon by American InfoSource LP, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 13988605 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Dec 17 2022 00:11:05 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13983947 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, One Fountain Plaza, Buffalo, NY 14203 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor CITI MORTGAGE  INC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor M&T Bank cmcmonagle@timoneyknox.com  bkecf@sterneisenberg.com |
| DANIELLE MARIE KARCICH | on behalf of Creditor M&T Bank dkarcich@mccarter.com |
| DOUGLAS JAMES FERGUSON | on behalf of Creditor Fulton Bank  NA dferguson@egalawfirm.com, ebecker@egalawfirm.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  N.A. jblank@pincuslaw.com |
| JODI L. HAUSE | on behalf of Creditor Wells Fargo Bank  N.A. jodi.hause@phelanhallinan.com, paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 16, 2022 | Form ID: 138OBJ | Total Noticed: 53 |

STANLEY E. LUONGO, JR.
on behalf of Debtor Kenneth C. Weaverling Jr. stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com

STANLEY E. LUONGO, JR.
on behalf of Joint Debtor Virginia Stanley stan.luongo@luongobellwoar.com nicole.werner@luongobellwoar.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Kenneth C. Weaverling, Jr. and
Virginia Stanley
        Debtor(s)

Case No: 17−15925−elf

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/16/22