United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-15925-mdc

Kenneth C. Weaverling, Jr.  Chapter 13

Virginia Stanley

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2
Date Rcvd: Mar 21, 2023    Form ID: 195    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Kenneth C. Weaverling, Jr., Virginia Stanley, 5909 Telegraph Road, Elkton, MD 21921-2954 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor CITI MORTGAGE INC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor M&T Bank cmcmonagle@timoneyknox.com bkecf@sterneisenberg.com |
| DANIELLE MARIE KARCICH | on behalf of Creditor M&T Bank dkarcich@mccarter.com |
| DOUGLAS JAMES FERGUSON | on behalf of Creditor Fulton Bank NA dferguson@egalawfirm.com, ebecker@egalawfirm.com |
| JEROME B. BLANK | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: 195 | Total Noticed: 1 |

             on behalf of Creditor Wells Fargo Bank  N.A. jblank@pincuslaw.com

JODI L. HAUSE
             on behalf of Creditor Wells Fargo Bank  N.A. jodi.hause@phelanhallinan.com, paeb@fedphe.com

KENNETH E. WEST
             ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
             on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

MARIO J. HANYON
             on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

STANLEY E. LUONGO, JR.
             on behalf of Debtor Kenneth C. Weaverling  Jr. stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com

STANLEY E. LUONGO, JR.
             on behalf of Joint Debtor Virginia Stanley stan.luongo@luongobellwoar.com  nicole.werner@luongobellwoar.com

United States Trustee
             USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                              : Chapter 13

Kenneth C. Weaverling, Jr. and Virginia Stanley        : Case No. 17−15925−mdc
     Debtor(s)

***ORDER***
_____

    AND NOW, this day , March 21, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                        By The Court

                        Magdeline D. Coleman
                        Chief Judge , United States Bankruptcy Court